Argued May 8, affirmed May 24, 1972

HILTON ET UX, *Respondents, v.* SEILER,
*Appellant.*

497 P2d 201

*Manville M. Heisel,* Medford, argued the cause and filed a brief for appellant.

*Joel B. Reeder,* Medford, argued the cause and filed a brief for respondents.

PER CURIAM.

This is a suit to quiet title to a parcel of land on the basis of adverse possession by plaintiffs and their predecessors in interest. Defendant appeals from a decree in favor of plaintiffs.

The only issue in the case is whether plaintiffs established their claim by clear and convincing evidence. The trial court held that plaintiffs met this burden of proof. We have carefully read the transcript and concur in the trial court's conclusion.

Decree affirmed.